An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN ARMESE WOODS,
Appellant,
vs.
NESTLE CORP.; FOLGERS COFFEE
COMPANY; KEEFE GROUP, CORP.;
AND KRAFT FOODS NORTH
AMERICA, INC.,
Respondents.

No. 63765

**FILED**

OCT 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Here, appellant appeals from a district court's oral ruling denying his motion to extend his copy work limit. But no appeal may be taken from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Moreover, even if a written order denying the motion had been entered, such an order would not be substantively appealable. *See* NRAP 3A(b) (listing the orders and judgments from which an appeal may be taken); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (providing that this court generally has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule).

While such orders may be challenged in the context of an appeal from a final judgment, *Consolidated Generator–Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998) (recognizing that interlocutory orders entered before final judgment may properly be reviewed in an appeal from the final judgment), as no final judgment has been entered below, we lack jurisdiction to consider this

13-30142

appeal. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that disposes of all issues presented in the case and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jerry A. Wiese, District Judge
       Ian Armese Woods
       Eighth District Court Clerk